| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>:<br>UNITED STATES OF AMERICA, :<br>:<br>:<br>-v- :<br>:<br>:<br>JASON MORGAN, :<br>:<br>Defendant. :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __7/23/2021__<br><br><br>1:09-cr-699-GHW<br>1:21-cr-460-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the arraignment of Jason Morgan on the Violation of Supervised Release, 1:09-cr-699, and Indictment, 1:21-cr-460 will take place on July 28, 2021 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge