USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

   UNITED STATES OF AMERICA,       :

                                      :

                -v-            :            1:21-cr-460-GHW-1

                                      :            1:09-cr-699-GHW-2

   JASON MORGAN,               :

                                        :             <u>ORDER</u>

                         Defendant.   :

                                        :

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's December 6, 2021 order, the parties were directed to submit the pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including any motions in limine, by no later than April 15, 2022. Dkt. No. 19. The Court received the Government's submissions on April 15, 2022 but the Court has not received any submissions from Defendant. Because Defendant did not any timely submissions, the Court understands that Defendant does not intend to file any motions to exclude evidence or other motions in limine. The Court will not consider untimely motions. The Court will consider any jury charges or voir dire questions that are submitted by April 22, 2022. However, while the Court will consider those submissions despite being untimely, the Court is not extending the deadline for such submissions and Defendant's failure to comply with the Court's prior order is not excused.

       SO ORDERED.

Dated: April 18, 2022
New York, New York

                                 _____
                                      GREGORY H. WOODS
                                   United States District Judge