```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                                :  DOC #: _____
   UNITED STATES OF AMERICA,                    :  DATE FILED: 4/29/2022
                                                :
                -v-                             :       1:21-cr-460-GHW-1
                                                :       1:09-cr-699-GHW-2
   JASON MORGAN,                                :
                                                :            ORDER
                          Defendant.            :
                                                :
------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

In the Court's December 6, 2021 order, the parties were directed to submit (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than April 15, 2022.  Dkt. No. 19.  The order further directed the parties to notify the Court no later than April 15, 2022 if the parties were unable to agree on the language of such a short overview.  The Court has not received those submissions.  The parties are directed to comply with the Court's December 6, 2021 order forthwith, and in no event later than May 6, 2022.

SO ORDERED.

Dated: April 29, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge