USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA,          :

                -v-                         :          1:21-cr-460-GHW-1
                                         :          1:09-cr-699-GHW-2

JASON MORGAN,                         :
                                         :               <u>ORDER</u>
                                Defendant.    :
                                                   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The final pretrial conference scheduled for June 2, 2022 will take place on May 13, 2022 at 9:00 a.m. The final pretrial conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: May 5, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge